**UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

HORACIO PEREYRA-HERNADEZ, A240117323

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

1:26-cv-04058-AMO

**~~[PROPOSED]~~ ORDER**

The parties have stipulated to voluntary dismissal of this habeas action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Good cause appearing, this action is DISMISSED without prejudice. Each party shall bear its own fees and costs.

The Court's prior order prohibiting Respondents from deporting Petitioner or removing him from the Eastern District of California while this habeas action remained pending is terminated.

This Order does not adjudicate the merits of Petitioner's removal order or any separate proceeding pending before the United States Court of Appeals for the Ninth Circuit.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 14, 2026

**HON. ARACELI MARTINEZ-OLGUIN**
United States District Judge